1

2

3
E-FILED on 10/24/11

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12
ARTEMIO GONZALES,                     )     No. C 11-3235 RMW (PR)
                                      )
13
              Petitioner,             )     ORDER OF DISMISSAL
                                      )
14
      vs.                             )
                                      )
15
GEORGE LEOTTI, Warden,                )
                                      )
16
              Respondent.             )
_____ )

17      On June 27, 2011, petitioner filed this pro se federal habeas action.  On July 29, 2011, the

18  court sent a notification to petitioner informing him that he had neither paid the filing fee nor

19  submitted a completed application for leave to proceed in forma pauperis.  The court provided a

20  copy of the correct in forma pauperis application, along with a return envelope, and a

21  notification that the case would be dismissed if petitioner failed to pay the fee or file the

22  completed application within thirty days.

23      On August 17, 2011, the court's notice was returned by mail as "undeliverable."

24  According to the court's docket, petitioner has not filed the appropriate in forma pauperis

25  application nor paid the filing fee.  In addition, more than 60 days have passed since the court's

26  mail was returned as undeliverable, and petitioner has not communicated with the court to

27  update his address.

28      Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee,

1    and also for failure to notify the court of his address change, pursuant to Local Rule 3-11(b).

2    The clerk shall close the file.

3        IT IS SO ORDERED.

4    DATED: _____

     RONALD M. WHYTE
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

GONZALES et al,

               Plaintiff,

  v.

LEOTTI et al,

               Defendant.

_____/

Case Number: CV11-03235 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Artemio Gonzales F37380
Richard Donovan Prison
480 Alta Road
F3-11-132
San Diego, CA 92179

Dated: October 24, 2011

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk