IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTEMIO GONZALES, | ) | No. C 11-3235 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| GEORGE LEOTTI, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

   The court has dismissed this pro se petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

   IT IS SO ORDERED.

DATED: _____

_____
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.11\Gonzales235jud

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GONZALES et al,

        Plaintiff,

  v.

LEOTTI et al,

        Defendant.

Case Number: CV11-03235 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Artemio Gonzales F37380
Richard Donovan Prison
480 Alta Road
F3-11-132
San Diego, CA 92179

Dated: October 24, 2011

                Richard W. Wieking, Clerk
                By: Jackie Lynn Garcia, Deputy Clerk