UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSALIND SMITH,

    Plaintiff,

    v.

CAPITAL ONE FINANCIAL CORPORATION, et al.,

    Defendants.
_____/

No. C 11-3425 PJH

**ORDER TO SHOW CAUSE**

    Plaintiff Rosalind Smith filed the complaint in the above-entitled action on July 13, 2011, against seven defendants. As of November 21, 2011, no proof of service of the summons and complaint had been filed as to any defendant, and no defendant had made an appearance.

    It is hereby ORDERED that, no later than December 6, 2011, plaintiff shall file proofs of service showing service on defendants as of November 14, 2011, or shall show cause in writing why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: November 22, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge