IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEMIO GONZALES, ) | No. C 11-3235 RMW (PR) |
| ) Petitioner, ) | ORDER GRANTING |
| ) v. ) | EXTENSION OF TIME TO FILE ANSWER |
| ) GEORGE LEOTTI, Warden, ) | |
| ) Respondent. ) | (Doc. Nos. 17 and 18.) |

On June 27, 2011, petitioner, a state prisoner proceeding pro se, filed a writ of habeas corpus challenging a criminal conviction and judgment pursuant to 28 U.S.C. § 2254. (Doc. No. 1.) On October 24, 2011, the court dismissed this action for failure to timely file a completed application to proceed in forma pauperis or pay the filing fee, and failure to keep the court apprised of his current address. (Doc. No. 7.) On March 9, 2012, petitioner filed a letter with the court stating that he did not know why his mail was returned undeliverable, and that he was not aware that his fee was past due. (Doc. No. 13.) That same day, he filed a $5.00 filing fee. (Doc. No. 14.) On March 30, 2012, the court sua sponte re-opened this action. (Doc. No. 15.)

Respondent has filed an application for withdrawal and reissuance of order to show cause, (Doc. No. 17.) Respondent has also filed a motion for extension of time to file an answer. (Doc. No. 18.) Good cause having been shown, respondent's requests are **GRANTED.** Respondent's answer, filed January 4, 2013, is deemed timely. **Petitioner's traverse is due no**

1  **later than thirty days from the filing date of this order.**

2        This order terminates docket nos. 17 and 18.

3      IT IS SO ORDERED.

4  DATED: _____

                                              RONALD M. WHYTE
                                              United States District Judge

Order Granting Ext. of Time to File Answer
G:\PRO-SE\SJ.Rmw\HC.11\Gonzales235answer-eot.wpd 2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALES et al,<br><br>        Plaintiff,<br><br>  v.<br><br>LEOTTI et al,<br><br>        Defendant. | Case Number: CV11-03235 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Artemio Gonzales F37380
Richard Donovan Prison
480 Alta Road
F3-11-132
San Diego, CA 92179

Dated: January 22, 2013

                                              Richard W. Wieking, Clerk
                                              By: Jackie Lynn Garcia, Deputy Clerk