IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEMIO GONZALES,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE LEOTTI, Warden,<br><br>    Respondent. | No. C 11-3235 RMW (PR)<br><br>ORDER DENYING REQUEST FOR EVIDENTIARY HEARING |

On June 27, 2011, petitioner, a state prisoner proceeding pro se, filed a writ of habeas corpus challenging a criminal conviction and judgment pursuant to 28 U.S.C. § 2254. (Docket No. 1.) Respondent filed an answer on January 4, 2013. (Docket No. 19.) The matter was submitted to the court on February 4, 2013, when petitioner failed to file a traverse. Petitioner has filed a letter requesting an evidentiary hearing. (Docket No. 32.)

An evidentiary hearing is held in federal habeas cases only under the most limited circumstances. See Baja v. Ducharme, 187 F.3d 1075, 1077-79 (9th Cir. 1999). Here, there is no indication that an evidentiary hearing is required under 28 U.S.C. § 2254(e). Petitioner's claims do not appear to rely upon extra-record evidence and a factual basis exists in the record to determine the claims. Upon review of the merits of the petition, if the court determines that further fact finding is required, the court will consider whether an evidentiary hearing is necessary. Accordingly, petitioner's motion for an evidentiary hearing is **DENIED** without prejudice.

1    IT IS SO ORDERED.
2    DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GONZALES et al,

        Plaintiff,

v.

LEOTTI et al,

        Defendant.

Case Number: CV11-03235 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Artemio Gonzales F37380
Department of Corrections and Rehabilitation
Q3-310
PO Box 2000
1600 California Drive
Vacaville, CA 95696

Dated: February 3, 2014

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk